IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | |
| v. | : | C. A. NO. 5:04-CV-244(WDO) |
| **$60,215.00 IN UNITED STATES CURRENCY, MORE OR LESS,** | : : | |
| Defendant Property, | : | |
| **IKENA BUTLER,** | : | |
| Claimant, | : | |
| **EBONY CHISLOM,** | : | |
| Claimant, | : | |
| **DAWAYNE JACKSON,** | : | |
| Claimant, | : | |
| **EDWARD JACKSON,** | : | |
| Claimant. | : | |

# J U D G M E N T

Pursuant to the Order of this Court filed May 30, 2006, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff. All right, title, and interest of Ikena Butler, Ebony Chislom, Dawayne Jackson, and Edward Jackson is hereby forfeited to the United States. All other right, title, and interest in $50,000.00 of the defendant property is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee. The United States Marshals Service shall issue a

check in the amount of $10,215.00, payable jointly to Ikena Butler, Ebony Chislom, Dawayne Jackson, Edward Jackson, and William Turner, Attorney at Law, 40 Macon Street, Suite A, McDonough, Georgia, 30253, and forward same to the United States Attorney for the Middle District of Georgia, for distribution to Claimants. No parties shall be entitled to costs.

This 30th day of May, 2006.

Gregory J. Leonard, Clerk

s/H. McCarra, U.S. Deputy Clerk